*E-FILED 10-20-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EULALIA C. VANN,<br><br>    Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICES LLC,<br><br>    Defendant.<br>_____/ | No. C10-04736 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |

On October 20 2010, plaintiff filed a Petition for Preliminary Injunction. (Docket No. 2). The action was randomly assigned to a magistrate judge for all purposes. Because plaintiff has requested immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a District Court Judge. *See* 28 U.S.C. § 636.

SO ORDERED.

Dated: October 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE


1 | 5:10-cv-04736-HRL Notice mailed to:

2 | Eulalia C. Vann
345 S. Willard Avenue
3 | San Jose, CA 95126

4 |     Pro Se Plaintiff

**United States District Court**
For the Northern District of California