**McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
Charles E. Bell, Esq. (SBN: 256848)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:  (619) 685-4800
Facsimile:  (619) 685-4810

Attorneys for Defendant,
Aurora Loan Services LLC

GRANTED
3/17/11
Lucy H. Koh
Judge Lucy H. Koh

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIA C. VANN<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC<br><br>Defendants | Case No.  10-CV-04736-LHK<br><br>**DEFENDANT AURORA LOAN SERVICES, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT AURORA'S MOTION TO SET ASIDE DEFAULT ON MARCH 24, 2011**<br><br>Date: March 24, 2011<br>Time: 1:30 p.m.<br>Courtroom:  4<br>Judge: Hon. Lucy H. Koh |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Counsel for Defendant AURORA LOAN SERVICES LLC ("AURORA") hereby respectfully requests leave to appear before the Honorable Lucy H. Koh via telephonic appearance for Defendant's Motion to Set Aside Default scheduled for March 24, 2011, at 1:30 p.m.

///

///

///

This request is made on the grounds that Charles E. Bell, Esq. of McCarthy & Holthus, LLP, attorneys for Defendant, lives and works in San Diego, California. Therefore, Counsel for AURORA respectfully requests to appear telephonically.

Dated:  March 17, 2011

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By:   /s/ Charles E. Bell
James M. Hester, Esq.
Charles E. Bell, Esq.
Attorneys for Defendant,
Aurora Loan Services LLC