**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EULALIA C. VANN, | )  Case No.: 10-CV-04736-LHK |
| Plaintiff, | )  ORDER DISMISSING CASE WITH |
| v. | )  PREJUDICE |
| AURORA LOAN SERVICES LLC, | ) |
| Defendant. | ) |

On June 3, 2011, the Court issued an order granting Defendant's motion to dismiss Plaintiff's Complaint.  The Court granted Plaintiff leave to file an amended complaint within 21 days, and advised Plaintiff that if she failed to file an amended complaint by June 24, 2011, her case would be dismissed with prejudice.  As of this date, Plaintiff has not filed an amended complaint or sought an extension of time to do so.  Accordingly, the Court hereby DISMISSES this action with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04736-LHK
ORDER DISMISSING CASE WITH PREJUDICE